IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE SALVATORE,
on behalf of herself and all others similarly situated,

        Plaintiff,

                        Case No. 19-cv-447-jdp

  v.

AMERICOLLECT, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Americollect, Inc. against plaintiff Michelle Salvatore dismissing this case.

| s/ A. Wiseman, Deputy Clerk | 2/5/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |